1

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: WILLIAM JEFFREY GILLIAM,          No. C06-03721 MJJ

12          Plaintiff,                       **ORDER DISMISSING CASE FOR**
                                             **FAILURE TO PROSECUTE**
13      v.

14  IN RE: WILLIAM JEFFREY GILLIAM,

15          Defendant.
    _____/
16

17          The Court hereby **DISMISSES** this action for failure to prosecute pursuant to Federal Rule

18  of Civil Procedure 41(b) because Appellant has failed to submit a brief.

19          On June 12, 2006, pro se appellant William Jeffrey Gilliam appealed bankruptcy court's

20  denial of his Rule 60(b) motion in this Court pursuant to Federal Rules of Bankruptcy Procedure

21  8001(e).[1]  On November 22, 2006, this Court issued a notice of briefing requiring Appellant to

22  submit a brief pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1 on December 22, 2006.[2]

23  As of April 4, 2007, the Appellant has not submitted a brief to this Court.

24  ///

25  ///

26  ///

27  ///

28

[1]Docket No. 1.

[2]Docket No. 6.

United States District Court

For the Northern District of California

1      Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute

2    pursuant to Federal Rule of Civil Procedure 41(b).  The clerk of the court is directed to close the file.

3    **IT IS SO ORDERED.**

4

5

6    Dated: March__30_, 2007                                    _____

7                                                              MARTIN J. JENKINS
                                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California